THE PEOPLE ex rel. EDWARD ANNAN, Appellants, *v.* ANDREW WALSH, Police Justice, etc., et al., Respondents.

THE PEOPLE ex rel. F. E. PINTO, Appellants, *v.* CLARK D. RHINEHART, Sheriff, etc., et al., Respondents.

These cases presented the same questions, and were argued and decided with *People* v. *J. Talman Budd* (*ante,* p. 1).

---

FRANCES VAIL, Respondent, *v.* ELIZABETH A. VAIL, Impleaded, etc., Appellant.

(Argued October 8, 1889; decided October 15, 1889.)

MOTION to dismiss an appeal from an order of the General Term of the Supreme Court in the first judicial department, made May 24, 1889, which reversed a final judgment of partition, entered upon an order confirming report of commissioners and ordered a new trial.

*J. Hampden Dougherty* for motion.

*D. M. Porter* opposed.

Agree to grant motion ; no opinion.
All concur.
Appeal dismissed.